IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
*(Electronically Filed)*

| | |
|---|---|
| FRANKIE COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:22-cv-00076-GNS |
| | ) |
| TYSON FOODS, INC. | ) |
| | ) |
| Defendant. | ) |

**AGREED ORDER FOR EXTENSION OF TIME**

\*\*\* \*\*\* \*\*\*

This matter having come before the Court by agreement of the parties as evidenced by the signatures of counsel hereto, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Defendant shall be granted a final one-week extension of time through September 14, 2022 in which to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss.

FP 45124519.1

**AGREED to this 2nd day of September, 2022 by:**

| | |
|---|---|
| */s/ Taylor J. Ferguson (w/ permission)* <br> Taylor J. Ferguson, Atty No. 97655 <br> BIESECKER DUTKANYCH & MACER, LLC <br> 144 N. Delaware St. <br> Indianapolis, Indiana 46204 <br> Phone:  (317) 991-4765 <br> Fax: (812) 424-1005 <br> E-mail:  tferguson@bdlegal.com <br><br> Robert E. Barnes, Esq. <br> BARNES LAW <br> 700 South Flower Street, Suite 1000 <br> Los Angeles, California 90017 <br> Phone: (310) 510-6211 <br> Fax: (310) 510-6225 <br> E-mail:  robertbarnes@barneslawllp.com <br><br> COUNSEL FOR PLAINTIFF | */s/ Aleksandr "Sasha" Litvinov* <br> Laurel K. Cornell <br> Aleksandr "Sasha" Litvinov <br> FISHER & PHILLIPS LLP <br> 220 West Main Street, Suite 1700 <br> Louisville, Kentucky  40202 <br> Phone:  (502) 561-3976 <br> Fax:  (502) 561-3976 <br> E-mail:  lcornell@fisherphillips.com <br> alitvinov@fisherphillips.com <br><br> COUNSEL FOR DEFENDANT |